USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                              Plaintiff,

                    v.

COX ENTERPRISES, INC., COX
COMMUNICATIONS, INC., AND COXCOM,
LLC,

                              Defendants.

Case 1:15-cv-09537 (AT)


**STIPULATION AND ORDER
REMANDING CASE TO NEW
YORK SUPREME COURT
PURSUANT TO 28 U.S.C. § 1447(c)**


**ECF CASE**

        WHEREAS on November 22, 2015 plaintiff Certain Underwriters at Lloyd's, London

filed this action in the Supreme Court of the State of New York, County of New York (Index No.

653849/2015) (the "New York Action"); and

        WHEREAS on December 7, 2015 defendants Cox Enterprises, Inc., Cox

Communications, Inc., and CoxCom LLC removed the New York Action to the United States

District Court for the Southern District of New York on the basis of diversity of citizenship

under 28 U.S.C. § 1332(a)(2); and

        NOW IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

Defendants, the parties to the above-captioned action, that this action be remanded to and this

dispute proceed to be decided in the Supreme Court of the State of New York, County of New

York, purusant to 28 U.S.C.§1447(c), and that all pending motions in this action be withdrawn

withour prejudice.

Dated: December 11, 2015
     New York, New York

ANDERSON KILL P.C.

By: _____
    Edward J. Stein
    Raymond A. Mascia Jr.

1251 Avenue of the Americas
New York, NY 10020-1182
Telephone:  (212) 278-1000
Facsimile:  (222) 278-1733
estein@andersonkill.com
rmascia@andersonkill.com

*Attorneys for Cox Enterprises, Inc., Cox*
*Communications, Inc., and*
*CoxCom LLC*


SIMPSON THACHER & BARTLETT LLP

By: _____
    Bryce L. Friedman
    Nicholas S. Davis

425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bfriedman@stblaw.com
ndavis@stblaw.com

*Attorneys for Certain Underwriters*
*at Lloyd's, London*


SO ORDERED.

Dated: December 11, 2015
     New York, New York

_____
    **ANALISA TORRES**
  **United States District Judge**

2